

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00051-CR

Alberto **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0864A
Honorable Lorina I. Rummel, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: February 28, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal and for expedited issuance of the mandate. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). We order the clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

DO NOT PUBLISH